# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 24, 2013 |
| Court Reporter: Janet Coppock | Time: 17 minutes |
| Probation Officer: Katrina Devine | Interpreter: Marcella Salazar |

## CASE NO.  12-CR-00489-PAB

Parties                                          Counsel

**UNITED STATES OF AMERICA,**          Kurt Bohn

      Plaintiff,

vs.

**ANDRES ENRIQUE-MENDOZA,**          Brian Leedy

      Defendant.

### SENTENCING

**10:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00489-PAB
April 24, 2013

**ORDERED:** Defendant's Motion for Non-Guideline Sentence (One Level Downward Variance [Docket No. 19] is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 22] is **DENIED.**

Mr. Leedy addresses sentencing.

Mr. Bohn addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **January 29, 2013** to count **1 of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **10** months.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal shall be filed 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Three
12-CR-00489-PAB
April 24, 2013

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**10:20 a.m.    COURT IN RECESS**

**Total in court time:   17 minutes**

**Hearing concluded**